# MEMORANDA .

OF

## CASES NOT REPORTED IN FULL.

---

THE PEOPLE OF THE STATE OF NEW YORK EX REL. GUSTAVUS BUNGE *v.* THE BOARD OF TAX COM- MISSIONERS OF THE CITY AND COUNTY OF NEW YORK.

SAME EX REL. JOHN T. HANEMAN *v.* THE SAME.

SAME EX REL. ERNEST PFARRUS *v.* THE SAME.

*Assessment for taxation — what property subject to — extent of the State authority — effect of non-residence of the party assessed.*

WRITS of certiorari to review proceedings of the commissioners in assessing for taxation the respective relators personal estates.

The relators claimed that the greater portion of the personal property for which they were assessed, consisted, at the time of the assessment and application to the assessors for a reduction of the amount assessed, of goods, the product of the United States, which had been and were then being exported from this to foreign countries.

The court at General Term said : " We entertain no doubt that the questions presented by this proceeding are *res adjudicata.* They are covered and controlled by the case of *The People ex rel. Haneman* v. *The Tax Commissioners* (10 Hun, 255).

" There is this difference in the application of the relator Bunge, namely, that he is a non-resident. But we think this makes no difference. (See 1 R. S. [6th ed.], 91.)

" The writs should be quashed, with costs."

*H. Charles Ulman,* for the relators. *J. A. Beall,* for the respondent.

Opinion *Per Curiam.*

Present — Brady, P. J., and Potter, J.

Writs quashed, with costs.